ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LLOYD JEWELL,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent. | Case No. EDCV 10-00429 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the Petition is dismissed without prejudice for the reasons in the accompanying Order.

DATED: May 3, 2010

*/s/ James V. Selna*
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY